EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Rafael Carrasquillo Martínez | 2008 TSPR 135 174 DPR ____ |

Número del Caso: TS-4753

Fecha: 11 de agosto de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Oficina de Inspección de Notarías:

Lcda. Margarita Portalatín Aguilar
Directora Auxiliar Interna

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rafael Carrasquillo Martínez          TS-4753

Sala de Verano integrada por el Juez Presidente señor Hernández Denton y las Juezas Asociadas señoras Fiol Matta y Rodríguez Rodríguez

RESOLUCIÓN

San Juan, Puerto Rico, a 11 de agosto de 2008.

Vista la *Moción Informativa y en Cumplimiento de Orden* de la Directora Auxiliar Interina de la Oficina de Inspección de Notarías, Lcda. Margarita Portalatín Aguilar, sobre el estado de la obra notarial del peticionario y surgiendo del mismo que ha subsanado las deficiencias encontradas en su obra notarial, se autoriza su reinstalación al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo